# NO. 12-10-00326-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | |
|---|---|
| *IN THE MATTER OF K.S.,*<br>*A JUVENILE* | *§ APPEAL FROM THE*<br><br>*§ COUNTY COURT AT LAW OF*<br><br>*§ HOUSTON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered November 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)